# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 138 WAL 2020
                                :
    Respondent           :
                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court
    v.                   :
                                :
                                :
MATTHEW CHRISTIAN MILISITS,      :
                                :
    Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.